

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-8-2007

# USA v. Rivas

Precedential or Non-Precedential: Precedential

Docket No. 05-3380

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Rivas" (2007). *2007 Decisions.* Paper 848.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/848

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

————

No. 05-3380

————

UNITED STATES OF AMERICA

v.

JOSE RAMON RIVAS,
also known as RAY,

Jose Ramon Rivas,
                                                  Appellant

————

PETITION FOR PANEL REHEARING

Present:        SLOVITER, RENDELL, and CUDAHY,[*] Circuit Judges

        The petition for panel rehearing filed by Appellant, Jose Ramon Rivas, in

the above-entitled case having been submitted to the judges who participated in the

decision of this court is granted with respect to Appellant's challenge to the statement

contained in footnote 1 of the opinion.  The opinion filed on March 12, 2007 is hereby

vacated and a revised opinion will be issued.  The petition is denied in all other respects.

Insofar as the panel has vacated the original opinion, no action will be taken on the

suggestion for rehearing en banc.

                                        By the Court,


                                        /s/  Dolores K. Sloviter
Dated:  June 8, 2007                    Circuit Judge
CLC\cc: Peter Goldberger, Esq.                          Louis T. Savino Jr., Esq.
         Anne W. Chain, Esq.                            Andrea B. Grace, Esq.

———————————

        [*] Hon. Richard D. Cudahy, United States Senior Judge for the United States Court
of Appeals for the Seventh Circuit, sitting by designation.